IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

KENNETH RAY BENTON PITTS
ADC #85938                                                                                           PLAINTIFF

V.                                      NO: 4:06CV00475 GTE/HDY

PAMELA JOHNSON et al.                                                                DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Defendant Blackmon's motion to dismiss (docket entry #73) is GRANTED, Plaintiff's claims against Defendant Blackmon are DISMISSED WITHOUT PREJUDICE, and Defendant Blackmon's named is removed as a party Defendant.

DATED this 18th day of April, 2007.

_____
UNITED STATES DISTRICT JUDGE