IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

KENNETH RAY BENTON PITTS
ADC #85938                                                              PLAINTIFF

V.                          NO: 4:06CV00475 GTE

PAMELA JOHNSON *et al.*                                              DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 16th day of April, 2007.

_____
UNITED STATES DISTRICT JUDGE